UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARIE WOHADLO,

    Plaintiff,

v.

    Case No. 1:18-cv-1442

    Hon. Hala Y. Jarbou

TENTCRAFT, INC., et al.,

    Defendants.
_____/

## ORDER

This is a civil rights action by a plaintiff proceeding *in forma pauperis*. The Court entered judgment on May 19, 2021, dismissing the case with prejudice. Plaintiff has now filed a notice of appeal.

A party permitted to proceed *in forma pauperis* in the district court may proceed *in forma pauperis* on appeal unless the district court certifies that an appeal would not be taken in good faith. Fed. R. App. P. 24(a)(3); *see* 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."). An appeal is not taken in good faith if the issue presented is frivolous, defined as lacking an arguable basis either in fact or law. *See Dellis v. Corr. Corp. of Am.*, 257 F.3d 508, 511 (6th Cir. 2001). At this stage, the Court cannot say that Plaintiff seeks review of issues that are frivolous. Accordingly, the Court declines to certify that an appeal would not be taken in good faith.

Dated:  June 22, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE