# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 21, 2022

Mr. Thomas Dorwin
U.S. District Court
for the Western District of Michigan at Grand Rapids
110 Michigan Street, N.W.
Suite 399 Federal Building
Grand Rapids, MI 49503-0000

                Re:  Case No. 21-2637, *Marie Wohadlo v. Tentcraft, Inc., et al*
                     Originating Case No. : 1:18-cv-01442

Dear Mr. Dorwin,

  Enclosed is a copy of the mandate filed in this case.

                                                      Sincerely yours,

                                                      s/Divya Kumar
                                                      For Leon Korotko, Case Manager

cc:  Ms. Kay Rivest Butler
      Marie Wohadlo

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-2637

_____

Filed: June 21, 2022

MARIE WOHADLO

    Plaintiff - Appellant

v.

TENTCRAFT, INC.; MATT BULLOCH; ZACH GRICE; ROB HANEL; JOSH SCOTT

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 05/26/2022 the mandate for this case hereby issues today.

COSTS:  None